IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL AGUILAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUPERIOR COURT OF<br>CALIFORNIA, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:13-cv-00066-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(Doc. 1.)<br><br>THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT CONTAINING PLAINTIFF'S SIGNATURE |

　　　　Abel Aguilar ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2013, Plaintiff filed an unsigned Complaint initiating this action. (Doc. 1.) All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's Complaint shall be stricken from the record for lack of signature, and Plaintiff shall be granted thirty days in which to file an Amended Complaint containing his signature.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's Complaint filed on January 14, 2013, is STRICKEN from the record for lack of signature;

　　　　2.　　Plaintiff is GRANTED thirty days from the date of service of this order in which to file an Amended Complaint containing Plaintiff's signature;

///

3. Plaintiff shall clearly entitle the Amended Complaint "First Amended Complaint" and write the case number **1:13-cv-00066-GSA-PC** on the front of the Amended Complaint;

4. The Clerk is DIRECTED to send Plaintiff a form § 1983 civil rights complaint; and

5. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **January 28, 2013**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE