UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABEL AGUILAR, | ) | 1:13-cv-00066-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | FOR LACK OF SIGNATURE |
| | ) | (Doc. 2.) |
| SUPERIOR COURT OF | ) | |
| CALIFORNIA, et al., | ) | ORDER FOR PLAINTIFF TO SUBMIT |
| | ) | NEW APPLICATION, OR IN THE |
| | ) | ALTERNATIVE, TO PAY THE |
| Defendants. | ) | $350.00 FILING FEE FOR THIS |
| | ) | ACTION |
| | ) | |
| | ) | THIRTY DAY DEADLINE |
| | ) | |
| | ) | ORDER FOR CLERK TO SEND |
| | ) | IFP APPLICATION TO PLAINTIFF |
| _____ | ) | |

Abel Aguilar ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 14, 2013, Plaintiff filed an unsigned application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  All filings submitted to the Court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's application to proceed in forma pauperis shall be stricken from the record for lack of signature, and Plaintiff shall be granted thirty days in which to file a new application containing his signature, or in the alternative, to pay the $350.00 filing fee for this action.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, submitted on January 14, 2013, is STRICKEN from the record for lack of signature;
2. The Clerk shall send Plaintiff a new application to proceed in forma pauperis;
3. Plaintiff is GRANTED thirty days from the date of service of this order in which to file a new application to proceed in forma pauperis containing his signature, or in the alternative, to pay the $350.00 filing fee for this action; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 1, 2013**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE